FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENISE M.,<br><br>     Plaintiff,<br><br> v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>     Defendant. | NO:  1:26-CV-3045-TOR<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 13).  The parties agree that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Remand (ECF No. 13) is **GRANTED**.

2. Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be **REVERSED and REMANDED.**  Upon remand, with regard to the time period prior to January 28, 2023, the Administrative

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

Law Judge (ALJ) will be instructed to further evaluate the claimant's alleged symptoms pursuant to Social Security Ruling 16-3p; reevaluate the claimant's residual functional capacity; offer the claimant the opportunity for a new hearing; take any further action needed to complete the administrative record; and issue a new decision.  The favorable aspect of the case, finding Plaintiff disabled beginning January 28, 2023, will not be disturbed.

3. Upon proper presentation, the Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **VACATED** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

**DATED** August 7, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2