AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<span style="color:red">FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 07, 2026

SEAN F. McAVOY, CLERK</span>

|  |  |
|---|---|
| DENISE M. <br> *Plaintiff* <br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No.   1:26-CV-3045-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The parties' Stipulated Motion for Remand (ECF No. 13) is GRANTED. This case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

Date:   8/7/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*